**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYRON ISRAEL BROWN,<br><br>            Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | ) Case No. CV 13-5465-JPR<br>)<br>)    **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: September 16, 2014        _____
                                                         JEAN ROSENBLUTH
                                                         U.S. Magistrate Judge